JLS:coo
AO 91 (Rev. 11/11) Criminal Complaint                                                                                          2023R00402

# UNITED STATES DISTRICT COURT
## for the
## District of Minnesota

UNITED STATES OF AMERICA

v.

FREDERICK LEON DAVIS, JR.

Case No. 23-mj-659 (ECW)

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

On or about August 11, 2023, in Hennepin County, in the State and District of Minnesota, the defendant did knowingly possess a machinegun—that is a 9-millimeter, Glock model 19 firearm, bearing serial number BTWZ810, which was equipped with an attached conversion device, commonly known as a "switch" or "auto sear," that enabled the firearm to be fired as a fully automatic weapon by a single function of its trigger, knowing the firearm had characteristics that made it a machinegun as defined by Title 26, United States Code, Section 5845(b)—all in violation of Title 18, United States Code, Sections 922(o)(1) and 924(a)(2).

I further state that I am a Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") Special Agent and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:   ☒Yes  ☐ No

_____
*Complainant's signature*

SUBSCRIBED and SWORN before me
by reliable electronic means (FaceTime/Zoom and
email) pursuant to Fed. R. Crim. P. 41(d)(3).

Nathan Boyer, Special Agent
ATF
*Printed name and title*

Date: August 23, 2023

_____
*Judge's Signature*

City and State: St. Paul, MN

The Honorable Elizabeth Cowan Wright
United States Magistrate Judge
*Printed Name and Title*